UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2024
```

EUGENE ELWIN THOMAS,

                Plaintiff,

-against-

MCCABE, WEISBERG & CONWAY, LLC and DEUTSCHE BANK,

                Defendants.

24-CV-07504 (MMG)

**ORDER OF SERVICE**

MARGARET M. GARNETT, United States District Judge:

    Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

    The Clerk of Court is directed to issue a summons as to Defendant Deutsche Bank. Plaintiff is directed to serve the summons and complaint on Defendant Deutsche Bank within 90 days of the issuance of the summons.[1]

    If within those 90 days, Plaintiff has not either served Defendant Deutsche Bank or requested an extension of time to do so, the Court may dismiss the claims against Defendant Deutsche Bank under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

    Plaintiff may receive court documents by email[2] by completing and filing the form found at the following link: https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice -form.pdf.

Dated: October 15, 2024
       New York, New York

                            SO ORDERED.

                            MARGARET M. GARNETT
                            United States District Judge

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, the summons in this case was not issued when Plaintiff filed the complaint because Plaintiff had not paid the filing fee. The Court therefore extends the time to serve the summons and complaint until 90 days after the date the summons is issued.

[2] If Plaintiff consents to receive documents by email, Plaintiff will no longer receive court documents by regular mail.