UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
EUGENE ELWIN THOMAS EX REL.,

                    Plaintiff,                  **24 Civ. No. 7504 (MMG) (GS)**

        -against-

                                          **VIDEO STATUS**
MCCABE, WEISBERG & CONWAY,            **CONFERENCE ORDER**
LLC and DEUTSCHE BANK,

                  Defendants.
------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Status Conference on **Tuesday, November 19, 2024 at 10:00 a.m.**  The parties should be prepared to discuss the following topics: (1) a briefing schedule for Defendant Deutsche Bank's pending motion to dismiss; (2) Defendant McCabe, Weisberg & Conway's response to the Complaint; and (3) interest in a settlement conference before the undersigned or participation in the District's Mediation Program.  The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: [Click here to join the meeting](#).  **Meeting ID: [232 269 230 46]  Passcode: [TCoZJn]**

      SO ORDERED.

DATED:    New York, New York
                November 4, 2024

                                                                       _____
                                                                       The Honorable Gary Stein
                                                                       United States Magistrate Judge