**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
EUGENE ELWIN THOMAS EX REL.,

                           Plaintiff,

          -against-

MCCABE, WEISBERG & CONWAY,
LLC and DEUTSCHE BANK,

                         Defendants.
------------------------------------------------------------------X

**24 Civ. No. 7504 (MMG) (GS)**

**ORDER**

**GARY STEIN, United States Magistrate Judge:**

       A Status Conference was held on November 26, 2024. Jason Lipkin appeared on behalf of Defendant Deutsche Bank; Jamie Krapf appeared on behalf of Defendant McCabe, Weisberg & Conway, LLC ("McCabe"); and Plaintiff Eugene Elwin Thomas appeared on behalf of himself, proceeding *pro se*.

       At the conference, the Court noted that Defendant McCabe's time to answer or otherwise respond to the Complaint expired on October 25, 2024. Defendant McCabe requested an extension of time and stated that it intends to move to dismiss the claims asserted against it. Plaintiff stated that he intends to oppose Defendant McCabe's request for an extension of time. The Court then set the following schedule:

- Defendant McCabe shall file by **Wednesday, November 27, 2024**, its letter motion requesting an extension of time to respond to the Complaint;

- Plaintiff has until **Tuesday, December 10, 2024**, to file a letter opposing McCabe's motion for an extension;

- If an extension is granted, Defendant McCabe shall file its motion to dismiss by **Wednesday, December 18, 2024**. Plaintiff will then have until **Wednesday, December**

**25, 2024**, to send a letter to the Court proposing a date by which Plaintiff will file its opposition to Defendant Deutsche Bank's and Defendant McCabe's motions to dismiss.

As stated on the record, the Court notes that in preparing his opposition papers, Plaintiff may seek assistance from the City Bar Justice Center, or CBJC, which provides limited-scope legal assistance to *pro se* litigants with cases before this Court. A flyer with contact information for the City Bar Justice Center is attached hereto.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Thomas at the address provided on ECF.

**SO ORDERED.**

DATED:   November 26, 2024
         New York, New York

_____
The Honorable Gary Stein
United States Magistrate Judge

# FEDERAL PRO SE LEGAL ASSISTANCE PROJECT
in the Southern District of New York (SDNY)



## ABOUT THE PROJECT

The Federal Pro Se Legal Assistance Project provides limited assistance to self-represented litigants (plaintiffs and defendants) with cases involving civil legal matters in the United States District Court for the Southern District of New York (SDNY).

This project assists plaintiffs and defendants on a variety of federal legal issues, including, among others, civil rights, employment discrimination, and disability discrimination. The team also assists incarcerated individuals with civil (non-criminal) claims.

## HOW WE HELP

Fed Pro provides limited assistance through full-time attorneys, legal support team members, pro bono (volunteer) attorneys, law school/college interns, and a social work team. **While we cannot provide full representation,** Fed Pro can assist litigants by providing limited-scope services such as:

 **Counseling** about potential federal claims prior to filing suit

 Consulting on **discovery** matters

 **Interpreting and explaining** federal law and procedure

 Assisting with the **settlement** process (including mediation)

 **Reviewing drafted pleadings** and correspondence with the Court

## HOW TO ACCESS OUR SERVICES



For assistance, please complete the **online form** located on our website, https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/.

If you are not able to complete the form, or you have questions about the form, please **call (212) 382-4794.** Please leave a message and wait for us to call you back.