**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
EUGENE ELWIN THOMAS, ex rel.,

                Plaintiff,                24 **CIVIL** 7504 (MMG)(GS)

      -against-                    **JUDGMENT**

MCCABE, WEISBERG & CONWAY LLC and
DEUTSCHE BANK,

                Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 8, 2025, the motions pending at Dkt. Nos. 13 and 27 are GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      September 8, 2025

                                                        **TAMMI M. HELLWIG**
                                                         **Clerk of Court**

                           **BY:**

                                                         **Deputy Clerk**