**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------X

EUGENE ELWIN THOMAS, ex rel.,

Plaintiff,

-against-

24 **CIVIL** 7504 (MMG)

**JUDGMENT**

MCCABE, WEISBERG & CONWAY, LLC and DEUTSCHE BANK,

Defendants.

-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated September 28, 2026, Mr. Thomas has not met his high bar for reconsideration, and in any case, his objections to the R&R would fail for the reasons explained. The Motion for Reconsideration is DENIED. Mr. Thomas is advised that his deadline to appeal the Court's Order will begin to run on the entry of the Opinion and expire thirty days later. See Fed. R. App. P. 4(a)(1)(A), 4(a)(4)(A), and 4(a)(4)(B)(ii). The Motion for Extension of Time to Appeal is DENIED AS MOOT; accordingly, the case is closed.

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**